MARC J. SHRAKE (Bar No. 219331)
mjs@amclaw.com
JENNIFER S. MUSE (Bar No. 211779)
jsm@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
444 South Flower Street
Thirty-First Floor
Los Angeles, California 90071-2901
TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

Attorneys for Plaintiff ONEBEACON
AMERICA INSURANCE COMPANY

FILED
DEC 21 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ONEBEACON AMERICA INSURANCE COMPANY, a Massachusetts corporation,<br><br>Plaintiff,<br><br>vs.<br><br>B&L CASING SERVICE, LLC, a California corporation; CHEVRON U.S.A., INC., a California corporation; NABORS WELL SERVICES COMPANY, a Delaware corporation; and, DOES 1 through 10,<br><br>Defendants. | Case No. 12-CV-01676-AWI-JLT<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT WITHOUT PREJUDICE** |

TO THE COURT AND THE PARTIES AND THEIR ATTORNEYS OF RECORD:

Under Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff OneBeacon America Insurance Company voluntarily dismisses this action without prejudice.

DATED: December 20, 2012         ANDERSON, McPHARLIN & CONNERS LLP

By: *Marc J. Shrake*
Marc J. Shrake
Attorneys for Plaintiff ONEBEACON
AMERICA INSURANCE COMPANY

It is so Ordered. Dated: 12-21-12
_____
United States District Judge